United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Patricia Ann Nowlen,　　　　　　　　　　　　　　　　Case No. 10-77544-R
　　　　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 7
_____/

Michael A. Stevenson,
　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　Adv. No. 11-4718

Leonard A. Turowski & Son Funeral
Home, Inc. d/b/a Neely-Turowski Funeral Home,
　　　　　　Defendant.
_____/

Order Regarding Cross-Motions for Summary Judgment

For the reasons set forth in the Court's opinion entered today, the plaintiff's motion for summary judgment is denied and the defendant's motion for summary judgment is granted. The complaint is dismissed.

It is so ordered.

**Signed on August 02, 2011**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**